**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Joshua Markle, et al.,

Plaintiff(s),

v.

Luke M. Purther, et al.,

Defendant(s).

Case No. 2:26-cv-02884-ART-NJK

**Order**

[Docket No. 1]

Plaintiffs have requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1.[1] However, only Plaintiff Jessica Markle filed an application to proceed *in forma pauperis*. *See id.*

When multiple plaintiffs join in the same suit, they must each file an application to proceed *in forma pauperis* and each Plaintiff must qualify for *in forma pauperis* status. *See, e.g.*, *Remmert v. Newsome*, 2023 U.S. Dist. LEXIS 16066, 2023 WL 1806277, at *1 (E.D. Cal. Jan. 31, 2023).

Plaintiff Joshua Markle must either (1) file an application to proceed *in forma pauperis* by **October 22, 2026**, or (2) pay the $405 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

IT IS SO ORDERED.

Dated: September 22, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).