**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Joshua Markle, et al.,

Plaintiff(s),

v.

Luke M. Purther, et al.,

Defendant(s).

Case No. 2:26-cv-02884-ART-NJK

**Order**

[Docket No. 4]

Pending before the Court is Plaintiff Joshua Markle's application to proceed *in forma pauperis*. Docket No. 4.[1] The application is incomplete. For example, for Question 3 the application does not identify the amount of money received through pawning coin inventory. *Id.* at 1. The application also fails to identify the amount of assets (question 5), amount of monthly expenses (question 6), the amounts of debts or other financial obligations (question 8), and the identity of Plaintiff's creditors (question 8).[2] *See id.* at 2.

Accordingly, Plaintiff Joshua Markle's application to proceed *in forma pauperis*, Docket No. 4, is **DENIED** without prejudice. No later than **October 26, 2026**, Plaintiff Joshua Markle must either (1) file a fully complete application to proceed *in forma pauperis*, with complete financial information; or (2) pay the $405 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

IT IS SO ORDERED.

Dated: October 5, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] The application also fails to answer question 6 in its entirety.