**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Joshua Markle, et al.,

Plaintiff(s),

v.

Luke M. Purther, et al.,

Defendant(s).

Case No. 2:26-cv-02884-ART-NJK

**Order**

[Docket No. 6]

Pending before the Court is Plaintiff Joshua Markle's application to proceed *in forma pauperis*. Docket No. 6.[1] The application is incomplete. For example, for Question 3 the application does not identify the **amount** of money received through pawning coin inventory. *Id.* at 1. The application also fails to identify the **amount** of assets (question 5), the **amounts** of debts or other financial obligations (question 8), and the **identity** of Plaintiff's creditors (question 8). *See id.* at 2.

Accordingly, Plaintiff Joshua Markle's application to proceed *in forma pauperis*, Docket No. 6, is **DENIED** without prejudice. No later than **November 4, 2026**, Plaintiff Joshua Markle must either (1) file a fully complete application to proceed *in forma pauperis*, with complete financial information; or (2) pay the $405 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

IT IS SO ORDERED.

Dated: October 14, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).