**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Joshua Markle, et al.,

Plaintiff(s),

v.

Luke M. Purther, et al.,

Defendant(s).

Case No. 2:26-cv-02884-ART-NJK

**Order**

[Docket Nos. 1, 8]

Pending before the Court is Plaintiff Joshua Markle's application to proceed *in forma pauperis*. Docket No. 8.[1] The application is incomplete. For example, for question 5, the application does not identify the amount of money received through pawning his coin inventory. *Id.* at 2.[2] The application also fails to identify the amount of assets (question 5), including Plaintiff's automobile, *see* Docket Nos. 1 at 3, 8 at 2, and the amount of regular monthly expenses (question 6), including Plaintiff's mortgage/rent, *see* Docket Nos. 1 at 4, 8 at 2.

Additionally pending before the Court is Plaintiff Jessica Markle's application to proceed *in forma pauperis*, Docket No. 1, which is also incomplete. For example, the application leaves blank questions 2, 3, 4, 7 and 11. *See id.* at 2-3, 5.

Accordingly, the Court **DENIES** without prejudice Plaintiff's applications to proceed *in forma pauperis*. Docket Nos. 1, 8. No later than **November 27, 2026**, Plaintiffs must either pay the filing fee or file a renewed application to proceed *in forma pauperis*. If Plaintiffs seek pauper status, they must use the <u>long-form</u> application. The Clerk's Office is **INSTRUCTED** to send

[1] The Court liberally construes the filings of *pro se* litigants. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] Plaintiff Joshua Markle provides the Court with 49 pages of attached pawn tickets to "show the extent of the financial strangulation this event has caused." Docket No. 8 at 1. It is not for the Court to wade through documents to decipher their meaning or determine the extent of Plaintiff's financial struggle.

Plaintiffs two copies of the long-form application for non-prisoners. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

IT IS SO ORDERED.

Dated: November 6, 2026

Nancy J. Koppe
United States Magistrate Judge